IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Daniel J. Newbanks and Jennifer Walton on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Cellular Sales of Knoxville, Inc. and Cellular Sales of South Carolina, LLC<br><br>Defendants. | CASE NO: 3:12-CV-1420-CMC<br><br>**DECLARATION OF PETER D. PROTOPAPAS IN SUPPORT OF ATTORNEYS' FEES AND COSTS** |

1. I am an attorney for the law firm of Rikard & Protopapas, LLC which represents the Plaintiffs in the above action. I have personal knowledge of the facts contained in this Declaration.

2. I joined the South Carolina bar in 2000.

3. I practice primarily in the area of civil litigation and have experience in class action lawsuits. I have been one of the lawyers responsible for prosecution of over 50 class action cases in South Carolina.

4. In view of my experience and the relevant market, my hourly rate of $300 is reasonable.

5. I incurred 159.7 attorney hours and my firm incurred costs of $549.50 litigating the above referenced matter. Attached are my time records and cost records..

6. Support staff at my firm who worked on this matter includes Jo-Elaine Boyd, my paralegal, and Shannon Vogan, a legal assistant. Traditionally, my firm does not bill separately for support staff. Instead, our attorney fees are calculated in a

1

fashion to absorb those costs.

7. The attorneys' fees requested in this matter are significantly less than what was incurred by the lawyers. We are giving a steep discount to our clients.

8. Respectfully, I request that the Court grant the fees and costs requested in this matter as they are reasonable.

9. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted,

_____
Peter D. Protopapas
Rikard & Protopapas, LLC
1329 Blanding Street
Columbia, SC 29201

Sworn to and subscribed before me this
19th day of August, 2014

_____
Notary Public, State of South Carolina

My Commission Expires:

[Notary Seal: JO ELAINE BOYD, NOTARY PUBLIC, MY COMMISSION EXPIRES 10/16/2018, SOUTH CAROLINA]